UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| COREY HINDMAN, ) | |
| ) | Case No. 1:20-cv-272 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| MDG CONNECTED SOLUTIONS, INC., ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying order, it is **ORDERED** and **ADJUDGED** that this matter is **REMANDED** to the Chancery Court for Bradley County, Tennessee. The Clerk is **DIRECTED** to close this matter and transfer the case file.

**SO ORDERED.**

      /s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT